UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALVIN GEORGE WALKER, SR.,

                Petitioner,

    v.

RON HAYNES,

                Respondent.

Case No. C18-1799-JCC-MAT

ORDER GRANTING PETITIONER ADDITIONAL TIME TO FILE A RESPONSE

This is a federal habeas action brought under 28 U.S.C. § 2254. On April 16, 2019, the Court received a letter from petitioner apparently inquiring about when he would be permitted to file a reply brief in support of his federal habeas petition. (*See* Dkt. 11.) This information was previously provided in the Court's Order for Service and Answer which was issued on January 14, 2019. (Dkt. 7.) Specifically, the Court advised therein that petitioner could file any response to respondent's answer not later than the Monday immediately preceding the Friday designated by respondent for consideration of the matter. (*See id.* at 2, ¶ 3.) Respondent filed his answer to petitioner's petition on February 28, 2019 and noted the answer on the Court's calendar for consideration on March 22, 2019. (See Dkt. 9.) Petitioner's response to respondent's answer was therefore due not later than March 18, 2019. Because petitioner apparently misunderstood the

ORDER GRANTING PETITIONER
ADDITIONAL TIME TO FILE A
RESPONSE - 1

Court's prior instructions, and because respondent will not be prejudiced by a slight delay in these proceedings, the Court is willing to grant petitioner some additional time to file a response to respondent's answer.

Accordingly, the Court hereby ORDERS as follows:

(1) Petitioner shall file any response to respondent's answer to his federal habeas petition not later than *May 24, 2019*.

(2) Respondent's answer to petitioner's federal habeas petition (Dkt. 9) is RE-NOTED on the Court's calendar for consideration on *May 31, 2019*. Respondent shall file any reply brief in support of his answer by that date.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable John C. Coughenour.

DATED this 22nd day of April, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER
ADDITIONAL TIME TO FILE A
RESPONSE - 2