THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GEORGE WALKER, SR., | CASE NO. C18-1799-JCC |
| Petitioner, | ORDER |
| v. | |
| RON HAYNES, | |
| Respondent. | |

This matter comes before the Court on remand from the Ninth Circuit (Dkt. No. 28). The Court denied Petitioner Alvin George Walker's 28 U.S.C. § 2254 petition for a writ of habeas corpus and entered judgment on September 10, 2019. (Dkt. Nos. 18, 19.) Mr. Walker appealed. (Dkt. No. 20.) On June 23, 2021, Mr. Walker's counsel informed the Ninth Circuit that Mr. Walker passed away. (Dkt. No. 28 at 1.) The Ninth Circuit has remanded the case to this Court to dismiss Mr. Walker's petition as moot "and for further proceedings as may be required, including the vacatur of any prior orders." (*Id.* (quoting *United States v. Orona*, 987 F.3d 892, 893 (9th Cir. 2021)).)

Pursuant to the Ninth Circuit's remand order, the Court VACATES its prior order (Dkt. No. 18) and judgment (Dkt. No. 19) denying Mr. Walker's petition, DISMISSES Mr. Walker's petition (Dkt. No. 6) as moot, and DIRECTS the Clerk to close this case.

//

ORDER
C18-1799-JCC
PAGE - 1

1       DATED this 12th day of July 2021.

2

3

4                                                                    _____
                                                                     John C. Coughenour
5                                                                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
C18-1799-JCC
PAGE - 2